JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No.  **II**   Investigating Agency  **ATF**

City  **Boston**

County  **Suffolk**

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Dante Mirabella   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name _____

Address  (City & State) Boston, MA

Birth date (Yr only): 1965   SSN (last4#): 9779   Sex M   Race: W   Nationality: US

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA  Christine J. Wichers   Bar Number if applicable  631857

Interpreter:  ☐ Yes  ☑ No   List language and/or dialect: _____

Victims:  ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

Matter to be SEALED:  ☐ Yes  ☑ No

☑ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date**   05/31/2019

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at  Suffolk County HOC   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  08/22/2019   Signature of AUSA _[signature]_

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Dante Mirabella

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1951 | Hobbs Act Robbery | 1 |
| Set 2 | 18 USC 924(c)(1)(A)(ii) | Brandishing a Firearm During a Crime of Violence | 2 |
| Set 3 | 18 USC 922(g)(1) | Felon in Possession of a Firearm and Ammunition | 3 |
| Set 4 | 18 USC 981, 28 USC 2461 | Robbery Forfeiture Allegation | |
| Set 5 | 18 USC 924, 28 USC 2461 | Firearm Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____