CASE NO. 19 CR 10308

MOTION TO FIRE MY PRESENT ATTORNEY AND PROCEED 'PRO SE'

MY CURRENT ATTORNEY DOES NOT ANSWER PHONE CALLS OR LETTERS.

MY CURRENT ATTORNEY HAS LEFT ME IN THE DARK AS TO THE STATUS OF MY CASE.

I KNOW OF ONE OTHER INMATE WHO HAS THE SAME PROBLEM WITH THIS ATTORNEY

THESE ARE JUST A FEW REASONS I WISH TO GO FORWARD 'PRO SE' OR BE APPOINTED WITH ANOTHER ATTORNEY.

THANK YOU,
DANTE MIRABELLA

FILED IN CLERKS OFFICE
2020 SEP -4 AM 11:21
U.S. DISTRICT COURT
DISTRICT OF MASS.