UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 19-10308-ADB |
| | ) | |
| DANTE MIRABELLA, | ) | |
| | ) | |
| Defendant. | ) | |

## STATUS UPDATE

The government writes to provide the Court with an update in the above-captioned matter. The parties have been involved in ongoing plea discussions and have arrived at a proposed resolution. The government is seeking supervisory approval for this proposed resolution and will update the Court as soon as it has additional information. Accordingly, at this time, the government does not intend to file an opposition to the defendant's motion to suppress, which is currently due on July 19, 2021. In the event that a resolution is not secured, the government will ask for an additional, and final, extension to submit its opposition, and understands that the defendant would agree to such a request.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: */s/ Benjamin A. Saltzman*
BENJAMIN A. SALTZMAN
Assistant U.S. Attorney

**Certificate of Service**

    I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 16, 2021.

                                */s/ Benjamin A. Saltzman*
                                Benjamin A. Saltzman