## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: **Superintendent, Suffolk County House of Correction**

YOU ARE COMMANDED to have the body of **Dante Mirabella (YOB 1965, Last 4: 9779)** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. **17** on the **5th** floor, Boston, Massachusetts on or before **November 2, 2021** at **10:30 A.M.** for the purpose of **Rule 11 Hearing** in the case of UNITED STATES OF AMERICA V. **Dante Mirabella** CR Number **19-10308-ADB**.

And you are to retain the body of said **Dante Mirabella** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **Dante Mirabella** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this **29th** day of **October 2021**.


/s/ Allison D. Burroughs
UNITED STATES DISTRICT JUDGE

Robert M. Farrell
CLERK OF COURT

By: /s/ Karen Folan
Deputy Clerk